UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCUS MIGUEL VANPELT,

Defendant.
_________________________________/

**INDICTMENT**

The Grand Jury charges:

(Felon in Possession of a Firearm)

On or about August 10, 2026, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

MARCUS MIGUEL VANPELT,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Taurus G2C 9mm semiautomatic pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g) set forth in this Indictment, the defendant,

MARCUS MIGUEL VANPELT,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense, including, but not limited to, a Taurus G2C 9mm semiautomatic pistol and the ammunition with which it was loaded.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL
[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

ALEXIS M. SANFORD
Assistant United States Attorney